IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01066-RPM

J. PATRICK INGRASSIA,

   Plaintiff,

v.

COVERNTRY FIRST, LLC.,

   Defendants.

_____

## STAY ORDER
_____

  This matter having come before the Court on the Unopposed Motion to Stay filed on July 27, 2005, it is

  ORDERED that this civil action is stayed until further order of court.

  DATED: July 28th, 2005.

         BY THE COURT:

         s/Richard P. Matsch

         _____
         Richard P. Matsch, Senior District Judge