IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01066-RPM

J. PATRICK INGRASSIA,

        Plaintiff,

v.

COVERNTRY FIRST, LLC.,

        Defendants.
_____

AMENDED ORDER OF DISMISSAL
_____

Upon consideration of the Notice of Dismissal (Doc. #8), filed on December 1, 2005, it is

ORDERED that this civil action is dismissed with prejudice.

DATED: January 3, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge